UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RON MORTON, JR., | ) | 1:06-CV-00873-OWW-LJO-HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE TRAVERSE |
| | ) | |
| KATHY MENDOZA-POWERS, Warden, | ) | (Doc. 7) |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 16, 2006, petitioner filed a motion for an extension of time to file a traverse to respondent's answer, pursuant to the court's order of August 17, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   January 26, 2007**          **/s/ Lawrence J. O'Neill**
23ehd0                                   UNITED STATES MAGISTRATE JUDGE