# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON MORTON, JR., ) | 1:06-CV-00873 OWW NEW (DLB) HC |
| Petitioner, ) | |
| ) | ORDER DIRECTING RESPONDENT |
| ) | TO REPLY TO PETITIONER'S MOTION |
| v. ) | |
| ) | [Doc. #13] |
| ) | |
| KATHY MENDOZA-POWERS, Warden, ) | |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Joseph V. Camarata, Esq.

Pending before the Court is Petitioner's January 31, 2007, Motion for Discovery. Petitioner requests discovery of "[a]ll statistical documents, and/or all parole decision summary sheets, of all initial parole consideration hearings, conducted for all indeterminately-sentenced prisoners for the past five (5) years." Petitioner's Motion at 1-2. Respondent has not filed a reply to said motion.

Discovery is available at the Court's discretion and upon a showing of good cause. McDaniel v. United States Dist. Court (Jones), 127 F.3d 886, 888 (9th Cir. 1997); Jones v. Wood, 114 F.3d 1002, 1009 (9th Cir. 1997); Rule 6(a) of the Rules Governing Section 2254 Cases. However, unlike other civil litigation, a habeas corpus petitioner is not entitled to broad discovery. Bracy v. Gramley, 520 U.S. 899, 904 (1997); Harris v. Nelson, 394 U.S. 286, 295 (1969).

1  Before the Court can make an informed decision on the motion, more information is needed.
2  Respondent is directed to respond and address the subject matter of said motion. The Court requires
3  information on whether such documentation exists, and if so, the amount of documentation, whether
4  the documentation is readily available to Respondent, the amount of time Respondent would need to
5  compile the documentation, and the overall burden that would be placed on Respondent in order to
6  comply with Petitioner's request.
7  Accordingly, Respondent is HEREBY DIRECTED to reply to Petitioner's motion within
8  twenty (20) days of the date of service of this order.
9  IT IS SO ORDERED.
10  Dated:   **March 9, 2007**           **/s/ Dennis L. Beck**
    3b142a                                UNITED STATES MAGISTRATE JUDGE