UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON MORTON, JR., | 1:06-CV-00873 OWW NEW (DLB) HC |
| Petitioner, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER |
| v. | |
| KATHY MENDOZA-POWERS, Warden, | [Doc. #16] |
| Respondent. | |

On January 31, 2007, Petitioner filed a motion for discovery. Respondent did not file a reply to the motion. On March 12, 2007, the Court issued an Order directing Respondent to reply to Petitioner's motion within twenty (20) days of the date of service of the Order. Over twenty (20) days have passed and Respondent has not complied with the Order.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Respondent is HEREBY ORDERED to, within twenty (20) days of service of this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

Dated: **April 19, 2007**           /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE