# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON MORTON, JR., | 1:06-CV-00873 OWW NEW (DLB) HC |
| Petitioner, | |
| v. | ORDER VACATING ORDER TO SHOW CAUSE ISSUED ON APRIL 20, 2007 [Doc. #17] |
| KATHY MENDOZA-POWERS, Warden, | ORDER GRANTING PETITIONER'S MOTION FOR DISCOVERY |
| Respondent. | [Doc. #13] |

Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Joseph V. Camarata, Esq. Respondent is represented in this action by Robert C. Cross, Esq., of the Office of the Attorney General.

Pending before the Court is Petitioner's January 31, 2007, motion for discovery. Petitioner has requested discovery of "[a]ll statistical documents, and/or all parole decision summary sheets, of all initial parole consideration hearings, conducted for all indeterminately-sentenced prisoners for the past five (5) years." Petitioner's Motion at 1-2. Respondent did not initially file a reply to said motion.

On March 12, 2007, the undersigned issued an order directing Respondent to reply to said motion. The time for filing the reply passed and Respondent did not file a reply; therefore, on April 20, 2007, the undersigned issued an order directing Respondent to show cause why sanctions

1  should not be imposed for failure to reply to the Court's order.

2      Respondent filed a response to the show cause order on April 24, 2007. Counsel for
3  Respondent states he had completed a response as ordered by the Court; however, he mistakenly
4  believed the response had been filed when it had not. This was apparently due to confusion caused
5  by a similar case in the Sacramento Division. See Jackson v. Carey, CIV-S-02-0946 FCD EFB P. In
6  that case, the same discovery had been requested and Counsel confused his completion of that
7  discovery with the instant matter. Good cause having been presented, and good cause appearing
8  therefor, the April 20, 2007, Order to Show Cause is VACATED.

9      In addition, Respondent has agreed to comply with Petitioner's discovery request, and he has
10 filed said discovery with his response. The discovery is in the form of computer printouts which
11 show that eight life prisoners were successful at their initial parole suitability hearings within the last
12 five years. See Exhibit A, Response to Order to Show Cause.

13 **ORDER**

14     Accordingly, IT IS HEREBY ORDERED:

15 1)   The Order to Show Cause of April 20, 2007, is VACATED; and

16 2)   Petitioner's Motion for Discovery of January 31, 2007, is GRANTED.

17

18   IT IS SO ORDERED.

19     Dated:   **May 2, 2007**            **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28