UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON MORTON, JR., ) | 1:06-CV-00873 OWW NEW (DLB) HC |
| ) | |
| Petitioner, ) | ORDER GRANTING PETITIONER'S |
| ) | MOTION TO UPDATE SUPPLEMENT |
| v. ) | |
| ) | [Doc. #21] |
| KATHY MENDOZA-POWERS, Warden, ) | |
| ) | |
| Respondent. ) | |

   Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Joseph V. Camarata, Esq. Respondent is represented in this action by Robert C. Cross, Esq., of the Office of the Attorney General.

   On May 22, 2007, Petitioner filed a response to discovery that was provided by Respondent. On May 29, 2007, Petitioner filed a motion requesting leave to update his response to discovery. Accordingly, good cause having been presented and GOOD CAUSE APPEARING THEREFOR, Petitioner's motion to supplement his response is GRANTED. The petition will be reviewed in due course.

   IT IS SO ORDERED.

   Dated:  June 18, 2007            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE