# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON MORTON, JR., | 1:06-CV-00873 OWW NEW (DLB) HC |
| Petitioner, | ORDER STRIKING EX PARTE APPLICATION |
| v. | [Doc. #23] |
| KATHY MENDOZA-POWERS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Joseph V. Camarata, Esq.

On July 8, 2007, the Court received a letter from Petitioner's Counsel directed to the Clerk of Court entitled "Notice of Additional Authorities." In said letter, Petitioner requested the Clerk of Court to bring certain supplemental authorities to the Court's attention. The application will be stricken for the obvious reasons that, *inter alia*, it is not within the province of the Clerk's Office to bring legal authorities to the Court's attention. Counsel is directed to Local Rule 78-230 which governs the filing of civil motions.

Accordingly, IT IS HEREBY ORDERED that the Ex Parte Application for Notice of Additional Authorities is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **August 20, 2007**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE