UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RON MORTON, JR., | ) | 1:06-CV-00873 OWW GSA HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION TO WITHDRAW |
| | ) | |
| v. | ) | [Doc. #27] |
| | ) | |
| KATHY MENDOZA-POWERS, Warden, et al., | ) | ORDER GRANTING EXTENSION OF TIME [Doc. #31] |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 29, 2007, Counsel for Petitioner, Joseph V. Camarata, Esq., filed a motion to withdraw as counsel. On October 4, 2007, the Court directed Mr. Camarata to provide an affidavit stating he had noticed Petitioner and stating the current or last known address of Petitioner. Mr. Camarata complied by filing said affidavit on the same date. Therefore, Counsel's motion to withdraw due to conflict of interest will be granted.

On October 18, 2007, Petitioner, appearing pro se, filed a motion to extend time to file objections to the Findings and Recommendation. Good cause having been presented and GOOD CAUSE APPEARING THEREFOR, Petitioner's request will be granted.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Joseph V. Camarata, Esq., is RELIEVED as counsel for Petitioner;

2) Petitioner is GRANTED thirty (30) days from the date of service of this order to file objections.

IT IS SO ORDERED.

Dated:   **October 29, 2007**                              /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE